1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FERNANDO MORALEZ AGUILAR,        )   NO. CV 10-06884 R (SS)
                                      )
12                     Petitioner,    )
                                      )
13           v.                       )        **JUDGMENT**
                                      )
14   WARDEN,                          )
                                      )
15                     Respondent.    )
                                      )
16   _____)

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24       DATED: October 22, 2010

25

26                                    _____
                                      MANUEL L. REAL
27                                    UNITED STATES DISTRICT JUDGE

28